## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
at Baltimore

**Date: 10/10/14**

In re:   Case No.:   14–23805 RAG    Chapter:   7

Sherrell Lynette Pyatt
Debtor(s)

# DEFICIENCY NOTICE

DOCUMENT: 16 – Amendment to List of Creditors (Creditors Added) Filed by Sherrell Lynette Pyatt . (Neal, Phaedra)

PROBLEM: **The following items are deficient for the above pleading, and must be cured by 10/24/14.**

CURE: A Certificate of Service on the Notice of Meeting of Creditors as to the newly–added creditors must be filed. (Local Bankruptcy Rule 7005–2, 1007–3(a)–(b), 1009–1(a)–(c), 4001–1(c), 4003–2(c))

The filing fee of $30 for Amended Matrix/Schedule must be paid.
(28 U.S.C. §1930)

Any filing fee may be paid in cash, by money order or certified check. For the Motion to Appear Pro Hac Vice, write the check payable to Clerk, U.S. District Court. For all other fees, write the check payable to Clerk, U.S. Bankruptcy Court. Submit the payment by mail with a copy of this notice enclosed or in person at one of the following locations:

> U.S. Bankruptcy Court             U.S. Bankruptcy Court
> Garmatz Federal Courthouse        U.S. Courthouse
> 101 W. Lombard Street, Suite 8530  6500 Cherrywood Lane, Suite 300
> Baltimore, MD 21201               Greenbelt, MD 20770

For attorneys/trustees: Login to CM/ECF. If you see the fee due on the first screen or under Utilities, Internet Payment, select it and proceed with payment. If the fee is not shown on those screens, click Bankruptcy/Adversary, Miscellaneous, and then the appropriate "Filing Fee" event. Select the document for which the fee was originally due. Accept the displayed fee amount, or enter the amount you are paying. Proceed with payment.

CONSEQUENCE: Failure to cure the problem(s) by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem(s) may result in the relief sought being denied for want of prosecution.

**Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing–requirements.**
**Additional information for non–attorney filers: http://www.mdb.uscourts.gov/content/after–filing.**

> Mark A. Neal, Clerk of Court
> by Deputy Clerk, Phaedra Neal  301–344–3371

cc:   Debtor(s)
      Attorney for Debtor(s) – PRO SE

Form defntc (11/2013)